UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL DOCKET #14-MJ-05058-JGD |
| ) | |
| ALEXEY SVETLICHNYY ) | |

## MOTION TO WITHDRAW

Undersigned counsel respectfully moves to withdraw from this matter. As grounds for this motion, Attorney R. Bradford Bailey has filed an appearance on behalf of the defendant.

ALEXEY SVETLICHNYY
By His Attorney

*/s/ Jennifer C. Pucci*
Jennifer C. Pucci
BBO # 669823
Federal Public Defender Office
District of Massachusetts
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061
Fax: 617-223-8080
Email: Jennifer_Pucci@fd.org

## CERTIFICATE OF SERVICE

I, Jennifer C. Pucci, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant, as identified on the Notice of Electronic Filing (NEF) on July 1, 2014.

*/s/ Jennifer C. Pucci*
Jennifer C. Pucci